# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      CASE NO. 12-26881-RAM
                                                            CHAPTER 7
KM CONTRACTING, INC.,

    Debtor.
_____/

## AGREED MOTION TO DIRECT TRUSTEE TO DISTRIBUTE
## PAYMENTS TO CINDY ZUCKER

COMES NOW, CINDY ZUCKER, by and through her undersigned counsel, and hereby files this Agreed Motion to Direct Trustee to Distribute Payments to Cindy Zucker, and in support thereof states as follows:

1. Zucker and Associates, P.A. was employed by Maria Yip as special tax accountant for Chapter 7 Trustee pursuant to the Order entered by this Court on September 24, 2013 (ECF 70).

2. Zucker & Associates, P.A. filed its Final Application for Compensation on March 26, 2015 (ECF 79) and a Voluntary Fee Reduction on June 17, 2016 (ECF 85).

3. CINDY ZUCKER is the owner of an outstanding Judgment against Robert Zucker and Zucker & Associates, P.A. recorded in the Official Records of Palm Beach County, Florida in the amount of $126,228.41, which remains unpaid.[1]

4. To avoid incurring the additional attorney's fees and costs associated with pursuing garnishment proceedings in state court and in this bankruptcy proceeding to execute on the Judgment, Robert Zucker and Zucker & Associates, P.A. have

---

[1] The face amount of the Judgment is $126,228.41. Robert Zucker and Zucker & Associates, P.A. have been making monthly payments towards this amount. At the time of the filing of this Motion the actual amount owing, with interest, exceeds $100,000.00.

voluntarily entered into an agreement with CINDY ZUCKER which is, in essence, a voluntary garnishment of their bankruptcy accounts receivable, and have agreed to the relief sought in this Motion. The Assignment of Bankruptcy Receivables dated August 31, 2016 attached hereto and incorporated herein as Exhibit "A".

5. Pursuant to the Assignment of Bankruptcy Receivables, Robert Zucker and Zucker & Associates, P.A. have assigned their interest in all present and future accounts, chattel paper, promissory notes, payment intangibles and other obligations for the payment of money arising out of their bankruptcy fees and/or receivables within the Southern District of Florida to Cindy Zucker.

6. CINDY ZUCKER requests this Court enter an Order authorizing the Trustee to pay any and all amounts awarded to Robert Zucker and/or Zucker & Associates, P.A. pursuant to its Final Fee Application (ECF 79) and Voluntary Fee Reduction (ECF 85) to CINDY ZUCKER in care of her undersigned attorney.

7. The granting of the relief sought herein will not affect any party of this estate negatively and will not cause the estate to expend additional resources.

8. Undersigned counsel for CINDY ZUCKER has communicated with the Trustee, who has no objection to the requested relief.

9. WHEREFORE, CINDY ZUCKER respectfully requests this Court enter an Order granting this Motion, directing the Trustee to make payment to CINDY ZUCKER c/o Rappaport Osborne Rappaport & Kiem, PL of any and all amounts awarded to Robert Zucker and/or Zucker & Associates, P.A. pursuant to its Final Fee Application (ECF 79) and Voluntary Fee Reduction (ECF 85), and granting such other and further relief as may be just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to interested parties on this, the 2nd day of November, 2016.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

> RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
> Attorney for Cindy Zucker
> 1300 North Federal Highway
> Suite 203, Squires Building
> Boca Raton, Florida 33432
> Telephone: (561) 368-2200
> Facsimile: (561) 338-0350
>
> By: /s/
> JORDAN L. RAPPAPORT, ESQ.
> Florida Bar No. 108022

Service List:

- Brian S Behar    bsb@bgglaw.net
- Robert J Edwards    redwards@bgglaw.com, jthomas@bgglaw.com
- Linda W Jackson    jackson@salazarjackson.com, Salazar@SalazarJackson.com;Cloyd@SalazarJackson.com;Aguilar@SalazarJackson.com;Davila@SalazarJackson.com;Lee-Sin@SalazarJackson.com
- Maidenly Macaluso    mmacaluso@grumerlaw.com, KGrumer@grumerlaw.com;slopez@grumerlaw.com;JSantillian@grumerlaw.com;service@grumerlaw.com
- Robert C Meyer    meyerrobertc@cs.com, rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Luis Salazar    salazar@salazarjackson.com, jackson@salazarjackson.com;cloyd@salazarjackson.com;aguilar@salazarjackson.com;davila@salazarjackson.com;lee-sin@salazarjackson.com
- Joshua H. Sheskin    jsheskin.jhzidellpa@gmail.com, Zabogado@aol.com;JHS@SheskinLaw.com;Service@SheskinLaw.com
- Hylton Wynick    bkadmin@zuckerforensics.com
- Maria Yip    trustee@yipcpa.com, myip@ecf.epiqsystems.com

Robert W. Zucker and
Zucker & Associates, P.A.
Robert W. Zucker, Registered Agent
1801 N. Military Trail, Suite 160
Boca Raton, FL 33431

Martin Claire
Stampler Auctions
6740 Taft Street
Hollywood, FL 33024

Miami Dade County Tax Collector
140 W. Flagler St., Suite 1403
Miami, FL 33130

Brett Miller
4690 N Powerline Road
Deerfield Beach, FL 33073

## ASSIGNMENT OF BANKRUPTCY RECEIVABLES

In consideration of forbearance upon execution of judgment and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned ROBERT ZUCKER and ZUCKER & ASSOCIATES, P.A. (the "Assignors") have assigned, and do hereby confirm the assignment, to CINDY ZUCKER, her successors and assigns (the "Assignee") all present and future accounts, chattel paper, promissory notes, payment intangibles and other obligations for the payment of money (hereinafter collectively called "Bankruptcy Receivables") solely arising out of the Bankruptcy fees and/or receivables within the Southern District of Florida listed on the attached Exhibit "A" or otherwise in existence, all of which are hereby incorporated by reference herein to the same extent as though listed in detail hereon, together with all right, title, and interest of the Assignors in and to any and all cash, promissory notes, checks, and other forms of remittance at any time received by the Assignors in payment thereof; in and to all other cash and noncash proceeds due and to become due on the Bankruptcy Receivables.

This Assignment has been executed and delivered by the Assignors pursuant to and in furtherance of the Marital Settlement Agreement heretofore entered into between Assignor, ROBERT ZUCKER, and the Assignee and subsequent related Amended Judgment recorded on March 4, 2016 at Book 28141, Pages 1495-96 of the Official Records of Palm Beach County ("Judgment") in the amount $120,961.50 plus interest in the amount of $5,266.91 for a total amount of $126,228.41 (the Judgment Debt"), and the Assignor hereby confirms that all present and future payments of the Bankruptcy Receivables identified on the attached Exhibit "A" shall be used to reduce the indebtedness and obligations owing to the Assignee, as more fully set forth in the Marital Settlement Agreement and subsequent related Judgment, all of the terms and conditions of which Marital Settlement Agreement and Judgment are hereby incorporated by reference, ratified and renewed. This Assignment shall remain in place until such time as the entire Judgment Debt has been paid in full. Cindy Zucker shall be required to inform Robert Zucker anytime she receives any payments from such Bankruptcy Receivables and to credit such payments received against the Judgment Debt. The Assignors agree to sign any documentation needed to effectuate this Assignment. Upon receipt of payment in full of the Judgment Debt, the Assignee will provide the Assignors with a Satisfaction of Judgment and, to the extent necessary, sign any documentation to cancel this Assignment of Bankruptcy Receivables.

The Assignee shall not be obligated to perform any obligation required to be performed by either Assignor in connection with any Bankruptcy Receivable or any contract giving rise thereto. Assignor acknowledges and expressly permits Assignee to file notice within any Bankruptcy Court necessary to effectuate such assignment. If required, Assignor will assist Assignee to the extent necessary, with any such assignment.

With regard to each Bankruptcy Receivable specifically identified on the attached Exhibit "A" or otherwise in existence, the Assignors hereby represent to the Assignee that each such Bankruptcy Receivable, in their opinion, represents an existing, valid,

and legally enforceable indebtedness based upon an actual and bona fide rendition of services, loan of money or extension of credit to the named obligor, which has been finally accepted by the obligor and for which the obligor is unconditionally liable to make payment in the amounts stated in each invoice, document, or instrument evidencing, constituting or accompanying the Bankruptcy Receivable in accordance with the terms thereof, without right of rejection or return or offset, defense, counterclaim, or claim of discount or deduction; that all statements made and all unpaid balances appearing in the invoices, documents, and instruments representing or constituting the Bankruptcy Receivable are true and correct and are in all respects what they purport to be, and all signatures and endorsements that appear thereon are genuine; and that all signatories, guarantors, and endorsers, if any, have full capacity to contract; and that the obligor owing such Bankruptcy Receivable is not affiliated with or employed by either Assignor; that absolute title to each Bankruptcy Receivable, free and clear of any liens and encumbrances or claims of others, including liens or encumbrances or claims of ownership on the property the sale or lease of which purports to give rise to such Bankruptcy Receivable is vested absolutely in the Assignors and no other assignment of or security interest or other interest in the Bankruptcy Receivable in favor of others is then in effect; that the transactions underlying or giving rise to any such Bankruptcy Receivable do not violate any applicable state or federal law or regulation, and all documents relating to the Bankruptcy Receivable are legally sufficient under such laws and regulations and are legally enforceable in accordance with their terms. Assignee is aware that many of the Bankruptcy Receivables are as a result of Fee Applications filed in various Bankruptcy Court proceedings and that Assignors former employees filed many of the applications and, to the extent any receivables are invalid, Assignee shall have no additional cause of actions against Assignor.

Upon receipt of any Bankruptcy Receivables, counsel for Assignee shall notify Assignor and Assignor shall be allowed to communicate directly with Assignee relative to any such receivables. Assignor shall be notified via e-mail at Spesso@aol.com and at rzucker@zuckerforensics.com.

All rights, remedies, and privileges granted to the Assignors with respect to the Bankruptcy Receivables, as more fully set forth in the underlying Bankruptcy Proofs of Claim, are hereby confirmed to the Assignee, her successors and assigns.

Dated August 31, 2016.

_____
ROBERT ZUCKER

ZUCKER & ASSOCIATES, P.A., a Florida corporation:

By: _____
ROBERT W. ZUCKER
President

| Status | Debtor | Last Payment Date | WIP |
|---|---|---|---|
| Open | KM Contracting | | $ 1,082.20 |